IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JONATHAN MAXWELL, #275 524          *

    Petitioner,                                    *

    v.                                                  *          3:11-CV-298-TMH
                                                                   (WO)
WARDEN J.C. GILES, *et al.*,                    *

    Respondents.                              *

_____

## **ORDER**

On July 7, 2011, the Magistrate Judge issued a Recommendation (Doc. 12) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

    1.    The Recommendation (Doc. 12) is ADOPTED.

    2.    The petition for habeas corpus relief filed is DENIED.

    3.    The petition is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all available state court remedies.

    DONE this 6th day of September, 2011.

                              /s/ Truman M. Hobbs

                              _____
                              SENIOR UNITED STATES DISTRICT JUDGE